# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PALACIOS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFF WRIGLEY, Warden,<br><br>　　　　　　Respondent.<br>_____/ | CV F   06-1596 OWW DLB HC<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE, DIRECTING CLERK OF COURT TO APPLY FILING FEE TO CV-F-06-1519 OWW SMS HC, AND TO ADMINISTRATIVELY CLOSE THIS ACTION |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Petitioner filed the instant petition for writ of habeas corpus on November 8, 2006, challenging the BOP's refusal to assess his eligibility for release to a Community Corrections Center under 18 U.S.C. § 3621(b).

　　　　A review of this Court's docket system indicates that on October 27, 2006, Petitioner filed a petition for writ of habeas corpus in this Court raising the same claim as raised in the instant petition. That case was assigned case number "CV F 06-1519 OWW SMS HC."

　　　　The Court has reviewed both of the pending federal petitions listed above and finds that the petitions are identical. In light of the duplicative nature of the petitions, the Court finds that the instant action should be dismissed. Review of both actions further indicates that Petitioner has paid the $5.00 filing fee in this action; however, the fee has not been paid in the first action filed, CV F 06-1519 OWW SMS HC. The Court will direct the Clerk of Court to apply the

$5.00 filing fee paid in this action to be credited and applied to case number CV F 06-1519 OWW SMS HC.

## ORDER

Based on the foregoing, it is HEREBY ORDERED that:

1. The instant action is DISMISSED, as DUPLICATIVE of case number CV F 06-1519 OWW SMS HC;

2. The Clerk of Court is directed to credit and apply the $5.00 filing fee paid in this action paid to case number 06-1519 OWW SMS HC; and

3. The Clerk of Court is directed to administratively close this action. IT IS SO ORDERED.

Emm0d6 **Dated:   November 24, 2006**          /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE